**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June two thousand and seventeen.

_____

Carmelo Romero, individually and on behalf of all others similarly situated, Juan Romero, individually and on behalf of all others similarly situated,

    Plaintiffs - Appellees,

v.

John Doe Corporation, DBA Amma, Suvir Saran,

    Defendants,

Anjedev Enterprises, DBA Amma, Anju Sharma, Devendra Sharma,

    Defendants - Appellants.

**ORDER**
Docket No. 17-1274, 17-1276

_____

The parties in the above-referenced case have filed a stipulation withdrawing these appeals pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/13/2017